**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01830-LTB-MJW

CHRISTOPHE ATTARD, individually; and
YVONNE CLAUDIO VELASCO ATTARD, individually,

      Plaintiffs,

v.

AMERICAN STRATEGIC INSURANCE CORP., a Florida corporation,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 17 - filed December 18, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                                        BY THE COURT:

                                                           s/Lewis T. Babcock
                                                         Lewis T. Babcock, Judge

DATED: December 19, 2014